IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JULIO CESAR RODRIGUEZ,            )
                                  )
            Petitioner,            )
                                  )
   v.                              )    1:19CV681
                                  )
WILLIAM GOODMAN,                   )
                                  )
            Respondent.            )

### **ORDER**

On November 4, 2019, the Recommendation of the United States Magistrate Judge (Doc. 2) was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received within the time prescribed by section 636.

The court need not, therefore, conduct a *de novo* review, and the Recommendation of the Magistrate Judge is hereby adopted.

IT IS ORDERED that this action is filed and that the entire record of this proceeding be transferred to the United States Court for the Western District of North Carolina for further screening and/or further proceedings. The Clerk of Court is directed to close this file in the Middle District of North Carolina.

                               /s/   Thomas D. Schroeder
                              United States District Judge
December 3, 2019